UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Case No. 5:13-CR-00194-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DWAYNE T. HALL, | ) | |
| | ) | |
| Defendant | ) | |

THIS MATTER comes before the Court on Motion of Defendant Hall, and this Court finding good cause for granting the relief requested therein;

THEREFORE, it is Ordered that the Motion to File Under Seal Defendant's Supplemental Sentencing Information [Docket Entry #39] is GRANTED, and the Supplemental Sentencing Information is to be filed under seal until such time as this Court orders it unsealed. The Clerk is authorized to provide a copy of the Motion and Order to counsel for Defendant Hall and the Government.

SO ORDERED.

This the  22  day of October, 2014.

JAMES C. DEVER III
Chief United States District Judge