IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-194-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| DWAYNE THOMAS HALL | ) | |
| | ) | |

Pursuant to the Order of Forfeiture entered by the Court on _October 28_, 2014, judgment is hereby entered against defendant, DWAYNE THOMAS HALL, in the amount of $7,278,588.00. Post-judgment interest shall accrue at the rate of _.11%_.

SO ORDERED. This _28_ day of October 2014.

James Dever
JAMES C. DEVER III
Chief United States District Judge